UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Cause No. 4:13-CR-161 |
| | ) | |
| WILLIAM VATTEROTT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S AMENDED MOTION FOR REQUEST TO TRAVEL**

Comes now Charles H. Billings and respectfully request this Honorable Court to allow Defendant to travel to Cincinnati, Ohio. In support of this motion Defendant states as follows:

1. Defendant respectfully requests to travel to Cincinnati, Ohio to visit family from Friday, August 2, 2013 to Sunday, August 4, 2013.

2. Defendant will stay at the Best Western Clermont located at 4004 Williams Rd., Cincinnati, Ohio.

3. Defendant has strong community ties to the St. Louis area as he has resided here since birth, and he has many close family members in the area.

4. Defendant has surrendered his American passport to the Clerk of the Court.

BRUNTRAGER & BILLINGS, P.C.

/s/   Charles H. Billings
Charles H. Billings, #26789
1735 S. Big Bend Blvd.

St. Louis, Missouri  63117
(314) 646-0066
(314) 646-0065-facsimile

Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of July, 2013 the foregoing Motion for Request to Travel was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all attorneys of record.

  /s/ Charles H. Billings