**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

**Petition for Warrant or Summons for Person Under Supervision**

Name of Offender: William F. Vatterott Docket No.: 4:13CR00161-1 MTS

Name of Sentencing Judicial Officer: The Honorable E. Richard Webber, Senior United States District Judge. On June 18, 2024, case was transferred to The Honorable Matthew T. Schelp, United States District Judge.

Date of Original Sentence: August 30, 2013

Original Offense: Possession of Child Pornography

Original Sentence: 37 months imprisonment and Life supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: August 21, 2015
Expiration Date: NA

Assistant U.S. Attorney: Kyle Bateman Defense Attorney: Charles Billings

---

**PETITIONING THE COURT**

[X] To issue a warrant

The probation officer believes that the offender has violated the following conditions of supervision:

**Violation Number**

Special Condition: The defendant shall comply with all federal, state, and local sex offender registration laws and provide verification of registration to the probation office.

**Nature of Noncompliance**

Upon review of Vatterott's most recent sex offender registration paperwork, the probation officer observed Vatterott failed to register his work cell phone number.

When interviewed, Vatterott admitted he forgot to register his work cell phone with registration.

**Violation Number**

Special Condition: The defendant shall not possess or use a computer, peripheral equipment, gaming equipment, cellular devices, or any other device with access to any "on line computer services," or subscribe to or use any internet service, at any location (including employment) without the written approval of the probation office. If approval is given, the defendant shall consent to the probation office or probation service representative conductingunnanounced examinations, including retreival and

copying ogf all data, of any computer(s) or computer related equipment to which the defeandant has access, including web enabled cell p hones and gaming sysptems to insurecompliance with this condition and/or removal of such equipmentfor the purpose of conducting a more thoutough inspection.

Special Condition: The defendant shall advise the probation office of all computers, electronic equipment, and web-enabled equipment, including cell phones, to which he possesses or has access within 24 hours of obtaining same.

**Nature of Noncompliance**

On September 22, 2026, the United States Probation Office conducted a search of Vatterott's residence and vehicles due to reasonable suspicion he had violated the terms of his supervised release. During the search a backpack was located inside a cabinet of the downstairs bathroom. Inside the backpack officers located an unapproved laptop with four unapproved external hard drives as well as an unapproved older mobile apple iPhone. Upon a visual inspection of one of the external hard drives numerous photos and videos of what appeared to be minor males in various displays of undress up to and including nudity were located. During a search of the vehicle Vatterott was driving, officers located an unapproved laptop.

All of the unapproved devices were seized and will be transported to the United States Probation Office's Forensic Laboratory for forensic evaluation. The Court will be notified of any further violations that are discovered from the examination.

The person under supervision has not made himself available to be interviewed.

**Previous Violations**

On May 22, 2018, the Court was notified that Vatterott had contact with a minor, without permission. Vatterott was verbally reprimanded.

On September 3, 2021, the Court was notified that Vatterott had missed a sex offender treatment session, left the district without permission, and stayed at a hotel near a park. Vatterott was verbally reprimanded.

On June 24, 2022, the Court was notified that Vatterott failed to attend mental health counseling, failed to attend sex offender specific treatment, and failed to report register his affiliation with John and Joan Vatterott Family Foundation. Vatterott was verbally reprimanded and no Court action was requested.

On June 24, 2024, the Court was notified that Vatterott had used his wife's laptop without permission. He was given a verbal reprimand.

On November 1, 2024, the Court was notified that Vatterott had attended a sporting event without permission. He was given a written reprimand.

**U.S. Probation Officer Recommendation:** It is recommended the Court issue a warrant and Vatterott's term of supervision be revoked.

While Vatterott appeared to be doing well on supervision, he was discreetly continuing to engage in high-risk and deviant behavior. He has shown that he is not motivated to change as he has violated several conditions of his supervision including possessing numerous unapproved electronic devices, possessing images of minors in numerous stages of undress, including nudity, and failing to register as a sex offender as directed. In view of these violations, it is believed that his behavior represents a risk to the community and that he is not amenable to supervision at this time.

The Supervised Release should be
[X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 20, 2026

Respectfully submitted,

by For Valerie Butler

Valerie R. Butler
U.S. Probation Officer
Date: 9/22/26

Approved,

by

Jennifer Rukstad
Supervisory U.S. Probation Officer
Date: 9/22/26

---

THE COURT ORDERS:

☐ No Action
☒ The Issuance of a Warrant
☐ The Issuance of a Summons
  Appearance Before:
  Appearance Date:
  Appearance Time:
  Courtroom Number:
☐ Other

[signature]
Signature of Judicial Officer

September 22, 2026
Date

I:\Supervision\12C\Vatterott, William F 12C 413CR00161-1 MTS 09-20-2026.docx