# UNITED STATES DISTRICT COURT

for the

Eastern District of Missouri

| | | |
|---|---|---|
| United States of America<br>v.<br>William Vatterott<br>*Defendant* | ) ) ) ) ) | Case No. 4:13CR161 MTS |

**WAIVER OF A PRELIMINARY HEARING**

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 9/23/26

W M Valtut
*Defendant's signature*

[signature]
*Signature of defendant's attorney*

Charles H. Billings
*Printed name and bar number of defendant's attorney*

161 N. Meramec Ste 400
*Address of defendant's attorney*

CHB @ LAW STL. COM
*E-mail address of defendant's attorney*

(314) 646-0066
*Telephone number of defendant's attorney*

(314) 646-0065
*FAX number of defendant's attorney*