**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Cause No. 4:13-CR-00161 MTS** |
| **v.** | ) | |
| | ) | |
| **WILLIAM F. VATTEROTT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO CONTINUE THE**
**OCTOBER 28, 2026**
**SUPERVISED RELEASE REVOCATION HEARING**

Comes now Defendant, by and through counsel, and hereby respectfully requests that the Supervised Release Revocation hearing set in this matter on Wednesday, October 28, 2026, at 10:30 a.m. be continued. In support of this motion, Defendant states as follows:

1. On August 30, 2013, Defendant William F. Vatterott was sentenced to thirty-seven (37) months of imprisonment and placed on LIFETIME supervised release for his conviction for violating 18 U.S.C. § 2252A(a)(5)(B), and 2252A(b)(2), Possession of Child Pornography.

2. Based on an alleged violation of the conditions of Defendant's supervised release, this Court issued a warrant for his arrest. Defendant was subsequently taken into custody on or about September 23, 2026, and has been incarcerated since this time.

3. This matter is currently set for a Supervised Release Revocation Hearing on Wednesday, October 28, 2026, at 10:30 a.m. However, it is Defense Counsel's understanding that the Government's investigation into the circumstances surrounding Defendant's alleged violation has not yet been completed.

4. Defense Counsel needs additional time to meet and confer with the Government, as well as the Defendant, regarding the status of the investigation and to adequately prepare for revocation proceedings.

5. The ends of justice will be best served by excluding these periods of delay from calculating deadlines that would otherwise apply. 18 U.S.C. § 3161(h)(8).

6. This request for a continuance is made in good faith for all reasons cited herein and not to vex or harass the Court or the Government, but instead to insure the defendant's Sixth Amendment right to effective assistance of counsel and constitutional protections of due process of law and fundamental fairness.

WHEREFORE, for the foregoing reasons, the defendant requests a continuance of the Supervised Release Revocation hearing date scheduled on Wednesday, October 28, 2026, at 10:30 a.m.

Respectfully submitted,

RADEFELD LAW GROUP, LLC.

By: */s/ Matthew A. Radefeld*
MATTHEW A. RADEFELD (MO Bar #52288)
Attorney for Defendant
7711 Bonhomme Ave., Suite 710
Clayton, Missouri 63105
Phone: (314) 341-0374
E-mail: ***matthew@radlaw.org***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 23, 2026 the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the following.

Mr. Kyle Bateman
Assistant United States Attorney
111 S. 10th Street, Room 20.333
St. Louis, MO 63102

*/s/Matthew A. Radefeld*
MATTHEW A. RADEFELD